**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valerie Antionette Garcia,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-24-00579-TUC-SHR<br><br>**ORDER** |

Having reviewed the parties' Stipulation for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. 26), and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 26) is **APPROVED**. Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $9,700.00. No costs have been requested by Plaintiff and therefore none are awarded. Although fees under the EAJA are awarded to the prevailing party, not to the party's attorney, *Astrue v. Ratliff*, 560 U.S. 596-98 (2010), the Commissioner shall determine whether Plaintiff owes a debt to the Government and, if the Commissioner of Social Security (1) determines upon effectuation of the Court's Equal Access to Justice Act order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney, Sarah Fern, and can be made by electronic fund transfer (EFT) or by check.

Dated this 16th day of June, 2026.

Honorable Scott H. Rash
United States District Judge